✓ FILED       ___ LODGED
___ RECEIVED  ___ COPY

APR 1 5 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

```
Court Name: United States District Court
Division: 2
Receipt Number: PHX207322
Cashier ID: lbrewste
Transaction Date: 04/15/2019
Payer Name: STATE OF ARIZONA
--------------------------------
PLRA FILING AND APPEAL FEE(S)
 For: TONY L. HORTON
 Case/Party: D-AZX-4-16-CV-000213-001
 Amount:       $18.67
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 9179465
 Amt Tendered:  $18.67
--------------------------------
Total Due:      $18.67
Total Tendered: $18.67
Change Amt:     $0.00

PAID IN FULL

A fee of $53 will be assessed on
all returned remittances.
```